

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00472-CV

**Benedict Emesowum**

v.

**Milam Street Auto Storage, Inc. d/b/a Fast Tow Wrecker and Zone One Auto Storage**

NO. 1045789 IN THE CO CIVIL CT AT LAW NO 3 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| CLK RECORD | UNKNOWN | 05/29/2015 | INDIGENT | UNK |
| MT FEE | $10.00 | 10/23/2014 | E-PAID | APE |
| RPT RECORD | $132.00 | 09/11/2014 | INDIGENT | STA |
| CLK RECORD | $28.00 | 09/10/2014 | INDIGENT | ANT |
| CLK RECORD | UNKNOWN | 08/07/2014 | INDIGENT | ANT |
| FILING | $195.00 | 06/12/2014 | INDIGENT | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $365.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this August 28, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**